```
                        United States Bankruptcy Court
                          Eastern District of Arkansas
```

In re:                                                    Case No. 15-12466-pmj
Robert L Woods                                            Chapter 13
Shirley A Woods
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0860-4           User: lisa                 Page 1 of 1              Date Rcvd: Aug 08, 2018
                               Form ID: pdf09Ds           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2018.
db/jdb         +Robert L Woods,    Shirley A Woods,    P.O. Box 1743,    N. Little Rock, AR 72115-1743

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2018                            Signature:  /s/Joseph Speetjens 

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2018 at the address(es) listed below:
              Adam Perdue    on behalf of Creditor    Wells Fargo Bank, N.A. ARECF@wilson-assoc.com,
               arecf@ecf.courtdrive.com
              Angela Boyd Mathews    on behalf of Creditor    Wells Fargo Bank, N.A. ARECF@wilson-assoc.com,
               ARECF@ecf.courtdrive.com
              Clarence W Cash    on behalf of Joint Debtor Shirley A Woods cwc@cashlawfirm.net
              Clarence W Cash    on behalf of Debtor Robert L Woods cwc@cashlawfirm.net
              Jack W. Gooding    noticing@ark13.com
              Joseph F. Kolb    on behalf of Creditor    Ally Bank jkolb@jkolb.com
              Scott Allen Jones    on behalf of Creditor    Wells Fargo Bank, N.A. ARECF@wilson-assoc.com,
               arecf@ecf.courtdrive.com
              U.S. Trustee (ust)    USTPRegion13.LR.ECF@usdoj.gov,
               Shari.Sherman@usdoj.gov;Cecilia.A.Boyle@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdoj.gov
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE: Robert L Woods and Shirley A Woods    CASE NO:    4:15-bk-12466 J
                                                          Chapter 13

CHAPTER 13 ORDER OF COMPENSATION
FOR ADDITIONAL SERVICES

Before the court is the Application for Compensation for Additional Services filed by the debtor's counsel, CLARENCE W CASH, on 07/16/2018, Docket Entry 94, for additional services and/or costs. The court finds that the application should be, and hereby is, approved. The Trustee is directed to pay the amount of $375.00 pursuant to 11 U.S.C. Section 1326.

IT IS SO ORDERED.

Date: 08/07/2018                                /s/ Phyllis M. Jones
                                                Phyllis M. Jones
                                                U.S. Bankruptcy Judge

Approved by:

/s/ Jack W Gooding

Jack W Gooding
Standing Chapter 13 Trustee

Comments:

MOD FILED 7/13/2018

DMC    / 132 - (GO11-26b)